IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

BOBBY SPEARS,

    Plaintiff,

v.                                  CIVIL ACTION NO. 2:23-cv-00808

MINE SAFETY APPLIANCES COMPANY, LLC, et al.,

    Defendants.

## AGREED ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT 3M COMPANY

By agreement between Plaintiff, Bobby Spears, and Defendant, 3M Company, and the Court, being otherwise sufficiently advised, hereby states as follows:

IT IS HEREBY ORDERED that the Plaintiff's claims in this action against 3M Company are hereby voluntarily DISMISSED WITHOUT PREJUDICE in their entirety, with each party to bear its own costs and attorneys' fees. All other claims are unaffected by this Order and shall remain on the Court's active docket.

ENTER:    November 13, 2024

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

1