# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### CHARLESTON DIVISION

**BOBBY SPEARS,**

    **Plaintiff,**

v.                              **CIVIL ACTION NO. 2:23-cv-00808**

**MINE SAFETY APPLIANCES COMPANY, LLC, et al.,**

    **Defendants.**

## AGREED ORDER OF DISMISSAL FOR MINE RESPIRATOR COMPANY, LLC FKA MINE SAFETY APPLIANCES COMPANY, LLC

COMES NOW Plaintiff Bobby Spears ("Plaintiff"), by counsel, Johnny Givens, and the law firm of Givens Law Firm, PLLC, and Michael B. Martin, and the law firm of Martin Walton Law Firm; and Defendant Mine Respirator Company, LLC fka Mine Safety Appliances Company, LLC ("MRC LLC"), by counsel Nicholas S. Johnson and John A. Budig, and the law firm of Bailey & Glasser, LLP (collectively, the "Parties") and hereby represent to this Court that all matters in dispute between Plaintiff and MRC LLC are hereby dismissed in their entirety by stipulation and agreement.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the claims of Plaintiff Bobby Spears against Defendant Mine Respirator Company, LLC, are hereby **DISMISSED without prejudice**. This Order shall not affect any other claims the Plaintiff has against any other Defendant. The Parties shall bear their own costs.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                                            ENTER:      March 19, 2025

                                            *Irene C. Berger*
                                            IRENE C. BERGER
                                            UNITED STATES DISTRICT JUDGE
                                            SOUTHERN DISTRICT OF WEST VIRGINIA

HAVE SEEN AND AGREED TO:

*/s/ John A. Budig*
Nicholas S. Johnson (WVSB #10272)
John A. Budig (WVSB #13594)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Telephone: (304) 345-6555
Fax: (304) 342-1110
njohnson@baileyglasser.com
jbudig@baileyglasser.com
*Counsel for Defendant, Mine Respirator Company, LLC*


*/s/ Johnny Givens w/ permission*
Johnny Givens
GIVENS LAW FIRM
240 Trace Colony Park Drive, Suite 100
Ridgeland, MS 39157
Telephone: (601) 300-2009
johnny@givens-law.com

Michael B. Martin
MARTIN WALTON LAW FIRM
699 S. Friendswood Drive, Suite 106
Friendswood, Texas 775646
Telephone: (713) 77-2035
mmartin@martinwaltonlaw.com
*Counsel for Plaintiff*