## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**BOBBY SPEARS,**

        **Plaintiff,**

**v.**                                   **Civil Action No.: 2:23-cv-00808**

**MINE SAFETY APPLIANCES COMPANY, LLC;**
**AMERICAN OPTICAL CORPORATION;**
**CABOT CSC LLC;**
**AEARO TECHNOLOGIES LLC;**
**3M COMPANY,**

        **Defendants.**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Bobby Spears, by counsel Johnny Givens, and the law firm of Givens Law Firm, PLLC, Ashley N. Lynch and Guy R. Bucci, and Michael B. Martin, and the law firm of Martin Walton Law Firm; and Defendants, American Optical Corporation, Cabot CSC LLC f/k/a Cabot Safety Corporation, and Aearo Technologies, LLC by counsel Thomas M. Hancock and the law firm of Nelson Mullins Riley & Scarborough LLP, (collectively, the "Parties") and hereby represent to this Court that all matters in dispute between these Parties has been resolved.

Accordingly, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that all claims between these Parties are hereby **DISMISSED with prejudice**. Each party is to bear their own costs. The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      March 19, 2025

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

ENTERED this ___ day of March, 2025.

                                        _____

JUDGE IRENE C. BERGER
United States District Judge
Southern District of West Virginia

**Prepared by:**

 */s/ Thomas M. Hancock*
Thomas M. Hancock, Esquire (WVSB #10597)
Kendra L. Huff, Esquire (WVSB #12459)
Alexander C. Frampton, Esquire (WVSB #13398)
NELSON MULLINS RILEY & SCARBOROUGH LLP
949 Third Avenue, Suite 200
Huntington, WV 25701
Telephone: (304) 526-3500
Fax: (304) 526-3599
Email: tom.hancock@nelsonmullins.com
Email:  kendra.huff@nelsonmullins.com
Email: alex.frampton@nelsonmullins.com
***Counsel for Defendants American Optical Corporation,***
***Cabot CSC LLC f/k/a Cabot Safety Corporation,***
***and Aearo Technologies, LLC***

**Agreed to by:**

 */s/ Johnny Givens (with permission)*
Johnny Givens, Esq.
Givens Law Firm, PLLC
240 Trace Colony Park Drive, Ste 100
Ridgeland, MS 39157

and

Guy R. Bucci, Esq.
Ashley N. Lynch, Esq.
108 ½ Capitol Street, Suite 200
Charleston, WV 25301

and

Michael B. Martin, Esq.
Martin Walton Law Firm
699 S. Friendswood Drive, Suite 107
Houston, TX 77546-4580
*Counsel for Plaintiff*